UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT FOSTER,<br><br>      Plaintiff,<br>  v.<br><br>BRINDERSON, LP,<br><br>      Defendant. | CASE NO. C17-1300JLR<br><br>ORDER REMANDING ACTION TO STATE COURT |

On August 28, 2017, Defendant Brinderson, LP, removed this action from Skagit County District Court. (Not. of Removal (Dkt. # 1).) On September 27, 2017, Plaintiff Scott Foster moved to remand the case to the District Court for Skagit County, Washington. (MTR (Dkt. # 9).) On October 4, 2017, the parties filed a stipulation agreeing that the court should remand Mr. Foster's action. (Stip. (Dkt. # 10).)

Based on the parties' stipulation, the court REMANDS this action to the District Court for Skagit County. Specifically, the court ORDERS that:

ORDER - 1

1. Pursuant to 28 U.S.C. § 1447(c), all further proceedings in this case are REMANDED to the District Court for Skagit County, Washington;

2. Pursuant to 28 U.S.C. § 1447(c), the Clerk shall mail a certified copy of the order of remand to the Clerk of the District Court for Skagit County, Washington;

3. The Clerk shall also transmit the record herein to the Clerk of the District Court for Skagit County, Washington;

4. The parties shall file nothing further in this matter, and instead are instructed to seek any further relief to which they believe they are entitled from the courts of the State of Washington, as may be appropriate in due course; and

5. The Clerk shall CLOSE this case.

Dated this 4th day of October, 2017.

JAMES L. ROBART
United States District Judge